| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF MICHIGAN<br>DETROIT DIVISION | **Voluntary Petition** |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Brown, Anthony Carl** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Brown, Belinda Carol** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-1442** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-6065** |
| Street Address of Debtor (No. and Street, City, and State):<br>**27042 Sprucewood Drive**<br>**Apt.# 104**<br>**Wixom, MI**<br>ZIP CODE **48393** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**27042 Sprucewood Drive**<br>**Apt.# 104**<br>**Wixom, MI**<br>ZIP CODE **48393** |
| County of Residence or of the Principal Place of Business:<br>**Oakland** | County of Residence or of the Principal Place of Business:<br>**Oakland** |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 930516**<br>**Wixom, MI**<br>ZIP CODE **48393** | Mailing Address of Joint Debtor (if different from street address):<br>**P.O. Box 930516**<br>**Wixom, MI**<br>ZIP CODE **48393** |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**

- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| [ ] 1-49 | [x] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [x] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

## Voluntary Petition

*(This page must be completed and filed in every case.)*

Name of Debtor(s): **Anthony Carl Brown**
**Belinda Carol Brown**

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

**X** **/s/ Peter A. Behrmann** 6/21/2011

**Peter A. Behrmann** Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Anthony Carl Brown**
**Belinda Carol Brown**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Anthony Carl Brown**
**Anthony Carl Brown**

X **/s/ Belinda Carol Brown**
**Belinda Carol Brown**

Telephone Number (If not represented by attorney)

**6/21/2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X **/s/ Peter A. Behrmann**
**Peter A. Behrmann** Bar No. **P71582**
**PeterB@PhoenixFreshStart.com**
**Phoenix Law**
**37699 Six Mile**
**Suite 250**
**Livonia, MI 48152**

Phone No. **(734) 779-9999** Fax No. **(734) 462-5900**

6/21/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | **Total:** | **$0.00** | |

(Report also on Summary of Schedules)

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | H | $1.00 |
| | | Cash | W | $4.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | ABD Federal Credit Union Savings Account #3371 | H | $2.80 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit being held by Meadow Wood Park Club | J | $829.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Common Household Goods & Furnishings with no single item worth more than $550.00 | J | $2,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Men's Clothing, Accessories, & Shoes | H | $200.00 |
| | | Women's Clothing, Accessories, & Shoes | W | $400.00 |
| 7. Furs and jewelry. | | Men's Real & Costume Jewelry | H | $75.00 |
| | | Women's Real & Costume Jewelry | W | $150.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________________
(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Anticipated Tax Refunds | J | $350.00 |
| | | Garnished Funds from Debtor's Paycheck in the last 90 days by Automotive Credit Corporation | H | $1,876.63 |
| | | Garnished Funds from Joint Debtor's Paycheck in the last 90 days by Automotive Credit Corporation | W | $679.10 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | **X** | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | **X** | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | **X** | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | **X** | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | **X** | | | |

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Chrysler Sebring, Fair Condition, 80,274 Miles | J | $5,415.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________________
(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

4 continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**Total >** **$12,482.53**

In re **Anthony Carl Brown** Case No. ______________________
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| ABD Federal Credit Union Savings Account # 3371 | 11 U.S.C. § 522(d)(5) | $2.80 | $2.80 |
| Security Deposit being held by Meadow Wood Park Club | 11 U.S.C. § 522(d)(5) | $0.00 | $829.00 |
| Common Household Goods & Furnishings with no single item worth more than $550.00 | 11 U.S.C. § 522(d)(3) | $1,250.00 | $2,500.00 |
| Men's Clothing, Accessories, & Shoes | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Men's Real & Costume Jewelry | 11 U.S.C. § 522(d)(4) | $75.00 | $75.00 |
| Anticipated Tax Refunds | 11 U.S.C. § 522(d)(5) | $175.00 | $350.00 |
| Garnished Funds from Debtor's Paycheck in the last 90 days by Automotive Credit Corporation | 11 U.S.C. § 522(d)(5) | $1,876.63 | $1,876.63 |
| | | **$3,580.43** | **$5,834.43** |

** Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re **Belinda Carol Brown** Case No. ____________________
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash | 11 U.S.C. § 522(d)(5) | $4.00 | $4.00 |
| Security Deposit being held by Meadow Wood Park Club | 11 U.S.C. § 522(d)(5) | $829.00 | $829.00 |
| Common Household Goods & Furnishings with no single item worth more than $550.00 | 11 U.S.C. § 522(d)(3) | $1,250.00 | $2,500.00 |
| Women's Clothing, Accessories, & Shoes | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| Women's Real & Costume Jewelry | 11 U.S.C. § 522(d)(4) | $150.00 | $150.00 |
| Anticipated Tax Refunds | 11 U.S.C. § 522(d)(5) | $175.00 | $350.00 |
| Garnished Funds from Joint Debtor's Paycheck in the last 90 days by Automotive Credit Corporation | 11 U.S.C. § 522(d)(5) | $679.10 | $679.10 |
| | | **$3,487.10** | **$4,912.10** |

** Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________________
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx2994**<br>**Credit Acceptance**<br>**Attn: Bankruptcy**<br>**PO Box 551888**<br>**Detroit, MI 48255** | | **J** | DATE INCURRED: **07/2010**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2004 Chrysler Sebring, Fair Condition, 80,274 Mile**<br>REMARKS:<br>VALUE: **$5,415.00** | | | | **$11,417.00** | **$6,002.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| **Subtotal (Total of this Page) >** | **$11,417.00** | **$6,002.00** |
| **Total (Use only on last page) >** | **$11,417.00** | **$6,002.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

____**No**____ continuation sheets attached

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS

(Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

** Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1** continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________________
(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Domestic Support Obligations |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxxxxxxxxxxxxxxxx44<br>**State Of Mi Office Chi**<br>**Po Box 30478**<br>**Lansing, MI 48909** | | **H** | DATE INCURRED: **08/1993**<br>CONSIDERATION:<br>**Family Support**<br>REMARKS: | | | | **$10,649.00** | **$0.00** | **$10,649.00** |
| **Representing:**<br>**State Of Mi Office Chi** | | | **Cathy Owens**<br>**3953 Marlene Dr.**<br>**Warren, MI 48092** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing:**<br>**State Of Mi Office Chi** | | | **Wayne County Friend of the Court**<br>**645 Griswold**<br>**Detroit, MI 48226** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|
| **Subtotals (Totals of this page) >** | **$10,649.00** | **$0.00** | **$10,649.00** |
| **Total >** **(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)** | **$10,649.00** | | |
| **Totals >** **(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)** | | **$0.00** | **$10,649.00** |

B6F (Official Form 6F) (12/07)

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________ (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **1442**<br>**200Cash.com, Inc.**<br>**110 W. Ninth St.**<br>**Wilmington, DE 19801** | | **H** | DATE INCURRED: **5/2009**<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | **$780.00** |
| ACCT #: **xxxxxx5482**<br>**Afni, Inc.**<br>**Attn: Bankruptcy**<br>**404 Brock Dr**<br>**Bloomington, IL 61701** | | **J** | DATE INCURRED: **07/2009**<br>CONSIDERATION:<br>**Collecting for T-Mobile**<br>REMARKS: | | | | **$1,103.00** |
| ACCT #: **xxxxxx7452**<br>**Afni, Inc.**<br>**Attn: Bankruptcy**<br>**404 Brock Dr**<br>**Bloomington, IL 61701** | | **H** | DATE INCURRED: **10/2007**<br>CONSIDERATION:<br>**Collecting for Nextel**<br>REMARKS: | | | | **$407.00** |
| ACCT #: **xxxxx5980**<br>**Allied Interstate Inc.**<br>**3000 Corporate Exchange Dr.**<br>**5th Floor**<br>**Columbus, OH 43231** | | **J** | DATE INCURRED: **12/2010**<br>CONSIDERATION:<br>**Collecting for Wal-Mart**<br>REMARKS: | | | | **$451.35** |
| ACCT #: **xx6360**<br>**Allstate Credit Bureau**<br>**19315 W 10 Mile Rd**<br>**Southfield, MI 48075** | | **J** | DATE INCURRED: **03/2008**<br>CONSIDERATION:<br>**Collecting for Southfield Radiology Assoc**<br>REMARKS: | | | | **$28.00** |
| ACCT #: **xxxx7946**<br>**AMCOL Systems Inc.**<br>**PO Box 21625**<br>**Columbia, SC 29221** | | **J** | DATE INCURRED: **12/2010**<br>CONSIDERATION:<br>**Collecting for Providence Hospital**<br>REMARKS: | | | | **$75.00** |
| | | | | | | **Subtotal >** | **$2,844.35** |
| | | | | | | **Total >** | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

____**14**____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________ (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx0884**<br>**American Credit Assoc**<br>**33045 Hamilton Ct**<br>**Farmington Hills, MI 48334** | | **J** | DATE INCURRED: **03/2007**<br>CONSIDERATION:<br>**Collecting for Daniel Salama DRM PC**<br>REMARKS: | | | | **$855.00** |
| ACCT #: **xx5543**<br>**Ann Arbor Credit Burea**<br>**311 N Main St**<br>**Ann Arbor, MI 48104** | | **J** | DATE INCURRED: **10/2008**<br>CONSIDERATION:<br>**Collecting for Concord EMS**<br>REMARKS: | | | | **$630.00** |
| ACCT #: **xxxx4286**<br>**Asset Acceptance LLC**<br>**Po Box 2036**<br>**Warren MI 48090** | | **H** | DATE INCURRED: **04/15/2005**<br>CONSIDERATION:<br>**Collecting for SBC/SBC Michigan**<br>REMARKS:<br>**Case No. 04C09292GC** | | | | **$1,216.18** |
| ACCT #: **xxxx0898**<br>**Asset Acceptance LLC**<br>**Po Box 2036**<br>**Warren MI 48090** | | **H** | DATE INCURRED: **11/2009**<br>CONSIDERATION:<br>**Collecting for Providian**<br>REMARKS: | | | | **$1,883.05** |
| **Representing:**<br>**Asset Acceptance LLC** | | | **52-1 District Court**<br>**48150 Grand River Ave.**<br>**Novi, MI 48374** | | | | **Notice Only** |
| **Representing:**<br>**Asset Acceptance LLC** | | | **Stephanie Carrington Pettway**<br>**Elizabeth Smith**<br>**PO Box 2036**<br>**Warren, MI 48090** | | | | **Notice Only** |

Sheet no. **1** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$4,584.23**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________ (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx3201**<br>**Automotive Credit Corp**<br>**26261 Evergreen Rd Ste 3**<br>**Southfield, MI 48076** | | J | DATE INCURRED: **03/2004**<br>CONSIDERATION:<br>**Automobile Loan Deficiency**<br>REMARKS: | | | | **$11,313.00** |
| **Representing:**<br>**Automotive Credit Corp** | | | **52-1 District Court**<br>**48150 Grand River Ave.**<br>**Novi, MI 48374** | | | | **Notice Only** |
| **Representing:**<br>**Automotive Credit Corp** | | | **Sheryl S. Zampias**<br>**PO Box 2286**<br>**Southfield, MI 48037** | | | | **Notice Only** |
| ACCT #: **xxx7644**<br>**Balanced Healthcare Receivables**<br>**PO Box 905**<br>**Nashua, NH 03061** | | W | DATE INCURRED: **1/2011**<br>CONSIDERATION:<br>**Collecting for Quest Diagnostics**<br>REMARKS: | | | | **$111.39** |
| ACCT #: **xxxx9711**<br>**Baystate Gas-brockton**<br>**PO Box 67015**<br>**Harrisburg, PA 17106** | | J | DATE INCURRED: **02/2010**<br>CONSIDERATION:<br>**Collecting for Black Expressions**<br>REMARKS: | | | | **$90.00** |
| ACCT #: **xxxxxxxxxxxx2443**<br>**Bk Of Amer**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | | J | DATE INCURRED: **10/17/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,832.00** |

Sheet no. **2** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$14,346.39**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.
In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________________
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx0800**<br>**Calvary Portfolio Services**<br>**PO Box 380170**<br>**Clinton Township, MI 48038** | | **W** | DATE INCURRED: **02/2011**<br>CONSIDERATION:<br>**Collecting for Sprint**<br>REMARKS: | | | | **$355.11** |
| ACCT #: **xxxxxxxxx5295**<br>**Capital Management Services, LP**<br>**726 Exchange Street, Suite 700**<br>**Buffalo, NY 14210** | | **H** | DATE INCURRED: **3/2011**<br>CONSIDERATION:<br>**Collecting for PNC Bank**<br>REMARKS: | | | | **$602.49** |
| ACCT #: **xxxx-xxxx-xxxx-4591**<br>**CardWorks Servicing, LLC**<br>**225 W. Station Square Dr.**<br>**Pittsburgh, PA 15219** | | **W** | DATE INCURRED: **2/2011**<br>CONSIDERATION:<br>**Collecting for Merrick Bank**<br>REMARKS: | | | | **$707.80** |
| ACCT #:<br>**Cathy Owens**<br>**3953 Marlene Dr.**<br>**Warren, MI 48092** | | **J** | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxx5018**<br>**Cavalier Telephone**<br>**2704 Alt 19**<br>**Palm Harbor, FL 34683** | | **H** | DATE INCURRED: **4/2010**<br>CONSIDERATION:<br>**Telephone Bill**<br>REMARKS: | | | | **$156.55** |
| ACCT #: **xxxxx3258**<br>**Certegy Payment Recovery Services**<br>**3500 5th Street**<br>**Northport, AL 35476** | | **W** | DATE INCURRED: **04/24/2011**<br>CONSIDERATION:<br>**Collecting for Fifth Third Bank**<br>REMARKS: | | | | **$1,357.76** |

Sheet no. **3** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$3,179.71**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________________ (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx9449**<br>**Certifi Recv**<br>**6161 Savoy Dr Ste 600**<br>**Houston, TX 77036** | | J | DATE INCURRED: **4/2008**<br>CONSIDERATION:<br>**Collecting for Preferred Cash**<br>REMARKS: | | | | **$205.00** |
| ACCT #: **xx0511**<br>**Certifi Recv**<br>**6161 Savoy Dr Ste 600**<br>**Houston, TX 77036** | | J | DATE INCURRED: **4/2008**<br>CONSIDERATION:<br>**Collecting for Cash Advance**<br>REMARKS: | | | | **$175.00** |
| ACCT #: **xx7873**<br>**Certified Recovery Sys**<br>**6161 Savoy Dr Ste 600**<br>**Houston, TX 77036** | | J | DATE INCURRED: **12/2004**<br>CONSIDERATION:<br>**Collecting for United Cash**<br>REMARKS: | | | | **$220.00** |
| ACCT #: **xxx4774**<br>**Check'n'Go Collections Department**<br>**4540 Cooper Rd. Ste. 200**<br>**Cincinnati, OH 45242** | | H | DATE INCURRED: **06/2009**<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | **$367.45** |
| ACCT #: **xxxxxx92GC**<br>**Cherice Tadday**<br>**PO Box 2036**<br>**Warren, MI 48090** | | H | DATE INCURRED: **4/2005**<br>CONSIDERATION:<br>**Collecting for CFC Financial LLC**<br>REMARKS: | | | | **$1,165.18** |
| **Representing:**<br>**Cherice Tadday** | | | **52-1 District Court**<br>**48150 Grand River Ave.**<br>**Novi, MI 48374** | | | | **Notice Only** |

Sheet no. **4** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$2,132.63**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Cherice Tadday** | | | **Michigan Department of Treasury**<br>**Third Party Withholding Unit**<br>**PO Box 30785**<br>**Lansing, MI 48909** | | | | **Notice Only** |
| ACCT #: **xxx3360**<br>**CPS Security**<br>**PO BOX 782408**<br>**San Antonio, TX 78278** | | **H** | DATE INCURRED: **6/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$443.45** |
| ACCT #: **xxxx-xxxx-xxxx-2932**<br>**Department of Veteran Affairs**<br>**PO Box 530269**<br>**Atlanta, GA 30353** | | **H** | DATE INCURRED: **10/2009**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$1,261.60** |
| ACCT #: **xxxxxxxx-0001**<br>**Disney Movie Club**<br>**PO Box 758**<br>**Neenah, WI 54957** | | **W** | DATE INCURRED: **04/19/2011**<br>CONSIDERATION:<br>**Catalog Order**<br>REMARKS: | | | | **$77.78** |
| ACCT #: **xxxxxxxx0020**<br>**Dte Energy**<br>**One Energy Plaza /Attn: Bankruptcy Depar**<br>**Detroit, MI 48226** | | **W** | DATE INCURRED: **02/2006**<br>CONSIDERATION:<br>**Agriculture**<br>REMARKS: | | | | **$863.00** |
| **Representing:**<br>**Dte Energy** | | | **NCO Financial Systems Inc.**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | | | | **Notice Only** |

Sheet no. **5** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$2,645.83**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx4482**<br>**ER Solutions**<br>**PO Box 9004**<br>**Renton, WA 98057** | | **J** | DATE INCURRED: **06/2009**<br>CONSIDERATION:<br>**Collecting for Sprint**<br>REMARKS: | | | | **$123.00** |
| ACCT #: **xxxxxx0121**<br>**Fifth Third Bank**<br>**(Eastern Michigan)**<br>**PO Box 630900**<br>**Cincinnati, OH 45263** | | **J** | DATE INCURRED: **4/11/2011**<br>CONSIDERATION:<br>**Negative Checking Balance**<br>REMARKS: | | | | **$522.11** |
| ACCT #: **xxxx3978**<br>**First Federal Credit C**<br>**24700 Chagrin Blvd Ste 2**<br>**Cleveland, OH 44122** | | **J** | DATE INCURRED: **05/2009**<br>CONSIDERATION:<br>**Collecting for Primary Care**<br>REMARKS: | | | | **$20.00** |
| ACCT #: **xx0043**<br>**Gateway Fin**<br>**6200 State St**<br>**Saginaw, MI 48603** | | **J** | DATE INCURRED: **09/26/2009**<br>CONSIDERATION:<br>**Automobile Loan Deficiency**<br>REMARKS:<br>**Repossessed 1999 Ford Windstar on 4/16/2011** | | | | **$6,361.00** |
| **Representing:**<br>**Gateway Fin** | | | **Schisler Law**<br>**701 E. Vermont St. Ste. 100**<br>**Bay City, MI 48706** | | | | **Notice Only** |
| ACCT #: **xxxxx3580**<br>**Haapaniemi Lesser Assoc LLP**<br>**PO BOX 321061**<br>**Detroit, MI 48232** | | **H** | DATE INCURRED: **6/2011**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$480.00** |

Sheet no. **6** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$7,506.11**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________ (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **x2745**<br>**Heart Cardiology Consultants**<br>**22250 Providence Dr.**<br>**Ste. 705**<br>**Southfield, MI 48075** | | W | DATE INCURRED: **2/2011**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$131.64** |
| ACCT #: **xxxxxxxxxxxx4290**<br>**Hsbc Bank**<br>**ATTN: BANKRUPTCY**<br>**PO BOX 5213**<br>**Carol Stream, IL 60197** | | J | DATE INCURRED: **01/04/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$610.00** |
| ACCT #: **xxxxx7229**<br>**HSN**<br>**Attn: Collections Dept.**<br>**PO Box 9090**<br>**Clearwater, FL 33758** | | W | DATE INCURRED: **03/2011**<br>CONSIDERATION:<br>**Catalog Order**<br>REMARKS: | | | | **$397.35** |
| ACCT #: **xxxxxx9397**<br>**Independent Emergency Phys, PC**<br>**PO Box 67000**<br>**Dept. 236301**<br>**Detroit, MI 48267** | | H | DATE INCURRED: **4/2011**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$732.00** |
| ACCT #: **xxxxxx3510**<br>**Independent Emergency Phys, PC**<br>**PO Box 67000**<br>**Dept. 236301**<br>**Detroit, MI 48267** | | W | DATE INCURRED: **3/2011**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$269.00** |
| ACCT #: **xxxxN005**<br>**Infectious Disease Center PC**<br>**24350 Orchard Lake Rd. #115**<br>**Farmington, MI 48336** | | H | DATE INCURRED: **4/2011**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$485.00** |

Sheet no. 7 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$2,624.99**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________________ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xx-1442**<br>**INTERNAL REVENUE SERVICE**<br>**CENTRALIZED INSOLVENCY OPERATIONS**<br>**PO BOX 7346**<br>**PHILADELPHIA, PA 19101-7346** | | **H** | DATE INCURRED: **12/31/2004**<br>CONSIDERATION:<br>**1998-2004 1040 Taxes**<br>REMARKS: | | | | **$8,352.44** |
| **Representing:**<br>**INTERNAL REVENUE SERVICE** | | | **IRS District Counsel**<br>**PO Box 330516**<br>**Detroit, MI 48232** | | | | **Notice Only** |
| **Representing:**<br>**INTERNAL REVENUE SERVICE** | | | **US Attorney for EDMI**<br>**Attn: Civil Division**<br>**211 W. Fort Street, Suite 2000**<br>**Detroit, MI 48226** | | | | **Notice Only** |
| ACCT #: **xx5148**<br>**J J Marshall & Assoc**<br>**6060 Collection Dr**<br>**Shelby Township, MI 48316** | | **J** | DATE INCURRED: **11/2004**<br>CONSIDERATION:<br>**Collecting for Flagstar Bank**<br>REMARKS: | | | | **$2,277.00** |
| ACCT #: **xxxxxxxxx9003**<br>**Jefferson Capital Syst**<br>**16 Mcleland Rd**<br>**St Cloud, MN 56303** | | **J** | DATE INCURRED: **10/2008**<br>CONSIDERATION:<br>**Collecting for Reward660 Visa Dakota Bank**<br>REMARKS: | | | | **$595.00** |
| **Representing:**<br>**Jefferson Capital Syst** | | | **Rwds660-dsb**<br>**211 N. Main St.**<br>**Blunt, SD 57522** | | | | **Notice Only** |

Sheet no. **8** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$11,224.44**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________________ (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxx3003**<br>**Jefferson Capital Syst**<br>**16 Mcleland Rd**<br>**St Cloud, MN 56303** | | **J** | DATE INCURRED: **10/2008**<br>CONSIDERATION:<br>**Collecting for Reward 660 Visa Dakota Bank**<br>REMARKS: | | | | **$540.00** |
| **Representing:**<br>**Jefferson Capital Syst** | | | **Rwds660-dsb**<br>**211 N. Main St.**<br>**Blunt, SD 57522** | | | | **Notice Only** |
| ACCT #: **xxxxx8467**<br>**Lenox**<br>**PO Box 736**<br>**Bristol, PA 19007** | | **W** | DATE INCURRED: **5/2009**<br>CONSIDERATION:<br>**Catalog Order**<br>REMARKS: | | | | **$108.39** |
| ACCT #: **xxxxxxxxxxxx1726**<br>**Metabnk/fhut**<br>**6250 Ridgewood Roa**<br>**Saint Cloud, MN 56303** | | **W** | DATE INCURRED: **12/03/2010**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$278.00** |
| ACCT #: **xxxxxxxxxxxx4382**<br>**Metabnk/fhut**<br>**6250 Ridgewood Roa**<br>**Saint Cloud, MN 56303** | | **H** | DATE INCURRED: **08/17/2010**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$272.00** |
| ACCT #: **xxxxxx7015**<br>**Midland Credit Management, Inc.**<br>**8875 Aero Drive, Suite 200**<br>**San Diego, CA 92123** | | **W** | DATE INCURRED: **4/2011**<br>CONSIDERATION:<br>**Collecting for MCI Communications Services**<br>REMARKS: | | | | **$374.68** |

Sheet no. **9** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$1,573.07**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________________ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx3313**<br>**Midnight Velvet**<br>**1112 7th Ave.**<br>**Monroe, WI 53566** | | **W** | DATE INCURRED: **09/2009**<br>CONSIDERATION:<br>**Catalog Order**<br>REMARKS: | | | | **$179.90** |
| ACCT #: **xx4553**<br>**Money Recovery Nationwide**<br>**PO Box 13129**<br>**Lansing, MI 48901** | | **J** | DATE INCURRED: **12/2010**<br>CONSIDERATION:<br>**Collecting for Independent Emergency Physician**<br>REMARKS: | | | | **$845.00** |
| ACCT #: **xxx8380**<br>**National Credit Adjusters**<br>**PO Box 3023**<br>**327 W. 4th St.**<br>**Hutchinson, KS 67504** | | **W** | DATE INCURRED: **3/2011**<br>CONSIDERATION:<br>**Collecting for Sagamore**<br>REMARKS: | | | | **$350.00** |
| ACCT #: **xxx8381**<br>**National Credit Adjusters**<br>**PO Box 3023**<br>**327 W. 4th St.**<br>**Hutchinson, KS 67504** | | **W** | DATE INCURRED: **3/2011**<br>CONSIDERATION:<br>**Collecting for DJR Group LLC**<br>REMARKS: | | | | **$350.00** |
| ACCT #: **xxxxxxx8880**<br>**National Credit Soluti**<br>**Po Box 15779**<br>**Oklahoma City, OK 73155** | | **J** | DATE INCURRED: **01/2010**<br>CONSIDERATION:<br>**Collecting for Columbia House DVD Club**<br>REMARKS: | | | | **$210.00** |
| ACCT #: **xxxxxxx7166**<br>**National Credit Soluti**<br>**Po Box 15779**<br>**Oklahoma City, OK 73155** | | **J** | DATE INCURRED: **12/2008**<br>CONSIDERATION:<br>**Collecting for BMG Music Service**<br>REMARKS: | | | | **$326.00** |

Sheet no. **10** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$2,260.90**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx49-01**<br>**National Credit Solutions LLC**<br>**PO Box 15779**<br>**Oklahoma City, OK 73155** | | **W** | DATE INCURRED: **05/2010**<br>CONSIDERATION:<br>**Collecting for Sage Telecom**<br>REMARKS: | | | | **$902.86** |
| ACCT #: **xxx4105**<br>**National Ser**<br>**18820 Aurora Avenu**<br>**Shoreline, WA 98133** | | **J** | DATE INCURRED: **3/2010**<br>CONSIDERATION:<br>**Collecting for Esurance**<br>REMARKS: | | | | **$218.00** |
| ACCT #: **xxxxx0626**<br>**Nco Fin /99**<br>**Po Box 15636**<br>**Wilmington, DE 19850** | | **J** | DATE INCURRED: **02/2005**<br>CONSIDERATION:<br>**Collecting for Progressive Insurance**<br>REMARKS: | | | | **$166.00** |
| ACCT #: **xxxxxx8330**<br>**Portfolio Recovery Associates, LLC**<br>**POB 12914**<br>**Norfolk VA 23541** | | **W** | DATE INCURRED: **4/11/2011**<br>CONSIDERATION:<br>**Collecting for Charter One**<br>REMARKS: | | | | **$849.15** |
| ACCT #: **xxxx-xxxx-xxxx-8916**<br>**Portfolio Recovery Associates, LLC**<br>**POB 12914**<br>**Norfolk VA 23541** | | **W** | DATE INCURRED: **4/2011**<br>CONSIDERATION:<br>**Collecting for First National Bank of Omaha**<br>REMARKS: | | | | **$496.96** |
| ACCT #: **xxxx4908**<br>**Professional Account Management**<br>**PO Box 2549**<br>**Detroit, MI 48231** | | **W** | DATE INCURRED: **2/2011**<br>CONSIDERATION:<br>**Collecting for City of Detroit Parking Violations**<br>REMARKS: | | | | **$70.00** |

Sheet no. 11 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$2,702.97**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx5365**<br>**Quest Diagnostics**<br>**PO BOX 740020**<br>**Cincinnati, OH 45274** | | **W** | DATE INCURRED: **2/2010**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$331.05** |
| ACCT #: **xxxxxx5398**<br>**Rjm Acq Llc**<br>**575 Underhill Blvd Ste 2**<br>**Syosset, NY 11791** | | **W** | DATE INCURRED: **09/2008**<br>CONSIDERATION:<br>**Collecting for Black Expressions Book Club**<br>REMARKS: | | | | **$106.00** |
| ACCT #: **xxxxxx7535**<br>**RJM Acquisitions LLC**<br>**575 Underhill Blvd. Ste. 224**<br>**Syosset, NY 11791** | | **J** | DATE INCURRED: **2/2011**<br>CONSIDERATION:<br>**Collecting for Charter One Bank Checking Account**<br>REMARKS: | | | | **$238.72** |
| ACCT #: **xxxx1607**<br>**Southfield Radiology Assoc.**<br>**PO Box 32532**<br>**Detroit, MI 48232** | | **H** | DATE INCURRED: **4/2011**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$394.00** |
| ACCT #: **xxx3240**<br>**Southfield Radiology Assoc.**<br>**PO Box 32532**<br>**Detroit, MI 48232** | | **W** | DATE INCURRED: **3/2011**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$25.00** |
| ACCT #: **xxx5195**<br>**Spiwin Coll**<br>**2502 Biddle**<br>**Wyandotte, MI 48192** | | **W** | DATE INCURRED: **08/2009**<br>CONSIDERATION:<br>**Collecting for Manhal W. Tobia MD PC**<br>REMARKS: | | | | **$105.00** |

Sheet no. 12 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$1,199.77**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx3240**<br>**St. John Providence Health System**<br>**47601 Grand River Ave.**<br>**Novi, MI 48374** | | W | DATE INCURRED: **4/2011**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$3,743.34** |
| **Representing:**<br>**St. John Providence Health System** | | | **AMCOL Systems Inc.**<br>**PO Box 21625**<br>**Columbia, SC 29221** | | | | **Notice Only** |
| ACCT #: **xxxxxxxx1235**<br>**St. John Providence Hospital**<br>**Box #773156**<br>**3156 Solutions Center**<br>**Chicago, IL 60677** | | W | DATE INCURRED: **1/2011**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$657.37** |
| ACCT #: **xx6090**<br>**St. John Providence Physician Billing**<br>**PO Box 120153**<br>**Grand Rapids, MI 49528** | | H | DATE INCURRED: **3/2011**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$571.00** |
| ACCT #:<br>**St. Joseph Mercy Health System**<br>**PO Box 382095**<br>**Pittsburgh, PA 15250** | | H | DATE INCURRED: **5/06/2011**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$59.00** |
| ACCT #: **xxx9723**<br>**Stamps.com**<br>**PO Box 202928**<br>**Dallas, TX 75320** | | W | DATE INCURRED: **4/2011**<br>CONSIDERATION:<br>**Catalog Order**<br>REMARKS: | | | | **$35.98** |

Sheet no. **13** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$5,066.69**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx2309**<br>**Trg Account Services**<br>**592 N Mill St**<br>**Plymouth, MI 48170** | | **W** | DATE INCURRED: **10/2008**<br>CONSIDERATION:<br>**Collecting for Consultants in Cardiology**<br>REMARKS: | | | | **$20.00** |
| ACCT #: **xxxxxxxxxxxxx6885**<br>**Universal Credit Servi**<br>**3582 Avon St**<br>**Hartland, MI 48353** | | **J** | DATE INCURRED: **04/2010**<br>CONSIDERATION:<br>**Collecting for Infinity Primary Care**<br>REMARKS: | | | | **$25.00** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. 14 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$45.00**

**Total >** **$63,937.08**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Meadowood Park Club**<br>27059 Meadowood Dr.<br>Wixom, MI 48393 | Residential Lease for 27042 Sprucewood Dr. Apt. 104<br>Wixom, MI 48393. The rent is $879.00.<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________________
(if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Janitor | Supervisor |
| Name of Employer | Caravan-Knight Facilities | Sterling Cleaning Operations |
| How Long Employed | 3.5 Years | 3 Years |
| Address of Employer | 1400 Weiss St.<br>Saginaw, MI 48602 | The Professional Group<br>23077 Greenfield Rd. Ste. 107<br>Southfield, MI 48075 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,652.37 | $1,885.00 |
| 2. Estimate monthly overtime | $0.00 | $0.00 |
| 3. SUBTOTAL | **$2,652.37** | **$1,885.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $386.99 | $106.51 |
| b. Social Security Tax | $111.41 | $79.17 |
| c. Medicare | $38.46 | $27.34 |
| d. Insurance | $0.00 | $0.00 |
| e. Union dues | $28.90 | $0.00 |
| f. Retirement | $0.00 | $0.00 |
| g. Other (Specify) Child Support | $402.16 | $0.00 |
| h. Other (Specify) | $0.00 | $0.00 |
| i. Other (Specify) | $0.00 | $0.00 |
| j. Other (Specify) | $0.00 | $0.00 |
| k. Other (Specify) | $0.00 | $0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | **$967.92** | **$213.02** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | **$1,684.45** | **$1,671.98** |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. Income from real property | $0.00 | $0.00 |
| 9. Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
| a. | $0.00 | $0.00 |
| b. | $0.00 | $0.00 |
| c. | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,684.45** | **$1,671.98** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$3,356.43** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**None.**

IN RE: **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $879.00 |
| a. Are real estate taxes included? ☐ Yes ☑ No | |
| b. Is property insurance included? ☐ Yes ☑ No | |
| 2. Utilities: a. Electricity and heating fuel | $125.00 |
| b. Water and sewer | |
| c. Telephone | |
| d. Other: Cable/Internet/Phone | $154.00 |
| 3. Home maintenance (repairs and upkeep) | $20.00 |
| 4. Food | $550.00 |
| 5. Clothing | $50.00 |
| 6. Laundry and dry cleaning | $75.00 |
| 7. Medical and dental expenses | $150.00 |
| 8. Transportation (not including car payments) | $400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $70.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | |
| b. Life | |
| c. Health | |
| d. Auto | $112.60 |
| e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto: 2004 Chrysler Sebring | $378.69 |
| b. Other: | |
| c. Other: | |
| d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: Cell phones | $284.00 |
| 17.b. Other: Personal care | $65.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,313.29** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.**

| | |
|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $3,356.43 |
| b. Average monthly expenses from Line 18 above | $3,313.29 |
| c. Monthly net income (a. minus b.) | $43.14 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No.

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $12,482.53 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $11,417.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $10,649.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $63,937.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,356.43 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,313.29 |
| | TOTAL | 30 | $12,482.53 | $86,003.08 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No.

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$10,649.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$10,649.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$3,356.43** |
| Average Expenses (from Schedule J, Line 18) | **$3,313.29** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$4,913.94** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$6,002.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$10,649.00** |
| 4. Total from Schedule F | | **$63,937.08** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$80,588.08** |

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________________
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **32** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **6/21/2011** Signature **/s/ Anthony Carl Brown**
***Anthony Carl Brown***

Date **6/21/2011** Signature **/s/ Belinda Carol Brown**
***Belinda Carol Brown***

[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re: **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$17,235.26** | **2011 YTD Caravan-Knight Facilities (Debtor)** |
| **$10,585.00** | **2011 YTD Sterling Cleaning Operations (Joint Debtor)** |
| **$43,820.03** | **2010 GW Caravan-Knight Facilities (Debtor)** |
| **$17,075.01** | **2010 GW Sterling Cleaning Operations (Joint Debtor)** |
| **$30,670.31** | **2009 GW Caravan-Knight Facilities (Debtor)** |
| **$1,720.50** | **2009 GW Sterling Cleaning Operations (Debtor)** |
| **$9,916.13** | **2009 GW Sterling Cleaning Operations (Joint Debtor)** |

## 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None ☐

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Credit Acceptance**<br>**25505 W 12 Mile Rd Ste 3000**<br>**Southfield MI 48034** | **4/2011, 5/2011, 6/2011** | **$1,136.07**<br>**$378.69**<br>**Monthly** | **$11,417.00** |
| **Meadowood Park Club**<br>**27059 Meadowood Dr.**<br>**Wixom, MI 48393** | **4/2011, 5/2011, 6/2011** | **$2,637.00**<br>**$879.00**<br>**Monthly** | |

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re: **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

None ☑ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Automotive Credit Corporation v. Anthony & Belinda Brown Case No. 08C02924GC** | **Lawsuit for Breach of Contract** | **52-1 District Court 48150 Grand River Ave. Novi, MI 48374** | **Pending.** |
| **Asset Acceptance LLC v. Anthony Brown Case No. 05C01675GC** | **Lawsuit for Breach of Contract** | **52-1 District Court 48150 Grand River Ave. Novi, MI 48374** | **Pending.** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Automotive Credit Corporation Sheryl S. Zampias PO Box 2286 Southfield, MI 48037** | **1/28/2011-6/17/2011** | **Garnished Funds from Debtor's Paycheck for a total of $2,994.39** |
| **Automotive Credit Corporation Sheryl S. Zampias PO Box 2286 Southfield, MI 48037** | **3/25/2011-5/20/2011** | **Garnished Funds from Joint Debtor's Paycheck for a total of $679.10** |

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gateway Financial Services PO Box 6919 Saginaw, MI 48608-6919** | **4/16/2011** | **Repossession of 1999 Ford Windstar Van** |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re: **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Phoenix Law**<br>**37699 Six Mile**<br>**Suite 250**<br>**Livonia, MI 48152** | **06/03/2011** | **$1,000.00** |
| **CIN Legal (Credit Counseling)**<br>**4540 Honeywell Court**<br>**Dayton, OH 45424** | **06/03/2011** | **$40.00** |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re: **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________________
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

None ☐

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Fifth Third Bank**<br>**(Eastern Michigan)**<br>**PO Box 630900**<br>**Cincinnati, OH 45263** | **Checking Account #3902**<br>**$252.00** | **$252.00 01/24/2011** |

---

None ☑

### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

None ☑

### 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

None ☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re: **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re: **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ____________________
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☑ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re: **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________________
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

## 25. Pension Funds

None ☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **6/21/2011**

Signature of Debtor **/s/ Anthony Carl Brown**
***Anthony Carl Brown***

Date **6/21/2011**

Signature of Joint Debtor (if any) **/s/ Belinda Carol Brown**
***Belinda Carol Brown***

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re **Anthony Carl Brown**
**Belinda Carol Brown**

Case No. ______________

Chapter **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Anthony Carl Brown**
**Belinda Carol Brown**
Printed Name(s) of Debtor(s)

Case No. (if known) ______________

X **/s/ Anthony Carl Brown** **6/21/2011**
Signature of Debtor Date

X **/s/ Belinda Carol Brown** **6/21/2011**
Signature of Joint Debtor (if any) Date

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, **Peter A. Behrmann**, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Peter A. Behrmann**

Peter A. Behrmann, Attorney for Debtor(s)
Bar No.: P71582
Phoenix Law
37699 Six Mile
Suite 250
Livonia, MI 48152
Phone: (734) 779-9999
Fax: (734) 462-5900
E-Mail: PeterB@PhoenixFreshStart.com

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2.**

## UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days BEFORE the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN / DETROIT DIVISION

In re: **Anthony Carl Brown**
**Belinda Carol Brown**
/

Case No. ______________
Chapter 7
Hon. ______________

## STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

☑ **FLAT FEE**

| | | |
|---|---|---|
| A. | For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid | **$1,000.00** |
| B. | Prior to filing this statement, received | **$1,000.00** |
| C. | The unpaid balance due and payable is | **$0.00** |

☐ **RETAINER**

A. Amount of retainer received ______________

B. The undersigned shall bill against the retainer at an hourly rate of ______________. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. **$299.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]
   A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   ~~D. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   E. Reaffirmations;
   ~~F. Redemptions;~~
   ~~G. Other:~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **A. Representation of the debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding;**
   **B. Representation of the debtor(s) at Section 2004 Hearings, $400.00 Attorney fee;**
   **C. Debtor(s) agrees to pay attorney fee of $200.00 for any court appearance for which debtor is required to appear but fails to do so, or any adjournments thereof. Attorney fee shall be at an average of $200.00 per hour for ALL OTHER POST PETITION WORK;**
   **D. Debtor(s) agree to reimburse attorney for all postage costs and photo copies at $0.20 per page, plus the applicable mailing rates for all documents mailed on behalf of the debtor(s), or in furtherance of the debtor's case;**
   **E. Debtor(s) agrees to cooperate with request of Trustee for the production of documents and has been advised that failure to comply with Trustee's requests may result in the dismissal of the debtor's case;**
   **F. Debtor(s) agrees to compensate attorney at an average rate of $200.00 per hour for any motions which are filed prior to confirmation, which require a court appearance;**
   **G. Attorney, at his sole discretion, may bill this case on an hourly rate, rather than agreed upon flat fee rate, if this case presents more complications than anticipated at the time of filing. This includes, but is not limited to, failure of the Debtor to properly appear for court hearings or appointments.**

6. The source of payments to the undersigned was from:
   ☑ A. Debtor(s)' earnings, wages, compensation for services performed
   ☐ B. Other (describe, including the identity of payor)

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN / DETROIT DIVISION

In re: **Anthony Carl Brown**
**Belinda Carol Brown**
/

Case No. ______________
Chapter 7
Hon. ______________

## STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

Dated: **6/21/2011**

Agreed: **/s/ Anthony Carl Brown**
**Anthony Carl Brown**

**/s/ Belinda Carol Brown**
**Belinda Carol Brown**

**/s/ Peter A. Behrmann**

**Peter A. Behrmann** Bar No. **P71582**
**Phoenix Law**
**37699 Six Mile**
**Suite 250**
**Livonia, MI 48152**
**Phone: (734) 779-9999 / Fax: (734) 462-5900**
**PeterB@PhoenixFreshStart.com**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

IN RE: **Anthony Carl Brown**
**Belinda Carol Brown**

CASE NO

CHAPTER **7**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 6/21/2011

Signature **/s/ Anthony Carl Brown**
***Anthony Carl Brown***

Date 6/21/2011

Signature **/s/ Belinda Carol Brown**
***Belinda Carol Brown***

Anthony Carl Brown
27042 Sprucewood Drive
Apt.# 104
Wixom, MI 48393

Belinda Carol Brown
27042 Sprucewood Drive
Apt.# 104
Wixom, MI 48393

Phoenix Law
37699 Six Mile
Suite 250
Livonia, MI 48152

U.S. Trustee (ED-MI)
211 W. Fort St.
Suite 700
Detroit, MI 48226

200Cash.com, Inc.
110 W. Ninth St.
Wilmington, DE 19801

52-1 District Court
48150 Grand River Ave.
Novi, MI 48374

Afni, Inc.
Attn: Bankruptcy
404 Brock Dr
Bloomington, IL 61701

Allied Interstate Inc.
3000 Corporate Exchange Dr.
5th Floor
Columbus, OH 43231

Allstate Credit Bureau
19315 W 10 Mile Rd
Southfield, MI 48075

AMCOL Systems Inc.
PO Box 21625
Columbia, SC 29221

American Credit Assoc
33045 Hamilton Ct
Farmington Hills, MI 48334

Ann Arbor Credit Burea
311 N Main St
Ann Arbor, MI 48104

Anthony Carl Brown
P.O. Box 930516
Wixom, MI 48393

Asset Acceptance LLC
Po Box 2036
Warren MI 48090

Automotive Credit Corp
26261 Evergreen Rd Ste 3
Southfield, MI 48076

Balanced Healthcare Receivables
PO Box 905
Nashua, NH 03061

Baystate Gas-brockton
PO Box 67015
Harrisburg, PA 17106

Belinda Carol Brown
P.O. Box 930516
Wixom, MI 48393

Bk Of Amer
Po Box 17054
Wilmington, DE 19850

Calvary Portfolio Services
PO Box 380170
Clinton Township, MI 48038

Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210

CardWorks Servicing, LLC
225 W. Station Square Dr.
Pittsburgh, PA 15219

Cathy Owens
3953 Marlene Dr.
Warren, MI 48092

Cavalier Telephone
2704 Alt 19
Palm Harbor, FL 34683

Certegy Payment Recovery Services
3500 5th Street
Northport, AL 35476

Certifi Recv
6161 Savoy Dr Ste 600
Houston, TX 77036

Certified Recovery Sys
6161 Savoy Dr Ste 600
Houston, TX 77036

Check'n'Go Collections Department
4540 Cooper Rd. Ste. 200
Cincinnati, OH 45242

Cherice Tadday
PO Box 2036
Warren, MI 48090

CPS Security
PO BOX 782408
San Antonio, TX 78278

Credit Acceptance
Attn: Bankruptcy
PO Box 551888
Detroit, MI 48255

Department of Veteran Affairs
PO Box 530269
Atlanta, GA 30353

Disney Movie Club
PO Box 758
Neenah, WI 54957

Dte Energy
One Energy Plaza /Attn: Bankruptcy Depar
Detroit, MI 48226

ER Solutions
PO Box 9004
Renton, WA 98057

Fifth Third Bank
(Eastern Michigan)
PO Box 630900
Cincinnati, OH 45263

First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122

Gateway Fin
6200 State St
Saginaw, MI 48603

Haapaniemi Lesser Assoc LLP
PO BOX 321061
Detroit, MI 48232

Heart Cardiology Consultants
22250 Providence Dr.
Ste. 705
Southfield, MI 48075

Hsbc Bank
ATTN: BANKRUPTCY
PO BOX 5213
Carol Stream, IL 60197

HSN
Attn: Collections Dept.
PO Box 9090
Clearwater, FL 33758

Independent Emergency Phys, PC
PO Box 67000
Dept. 236301
Detroit, MI 48267

Infectious Disease Center PC
24350 Orchard Lake Rd. #115
Farmington, MI 48336

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS District Counsel
PO Box 330516
Detroit, MI 48232

J J Marshall & Assoc
6060 Collection Dr
Shelby Township, MI 48316

Jefferson Capital Syst
16 Mcleland Rd
St Cloud, MN 56303

Lenox
PO Box 736
Bristol, PA 19007

Meadowood Park Club
27059 Meadowood Dr.
Wixom, MI 48393

Metabnk/fhut
6250 Ridgewood Roa
Saint Cloud, MN 56303

Michigan Department of Treasury
Third Party Withholding Unit
PO Box 30785
Lansing, MI 48909

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123

Midnight Velvet
1112 7th Ave.
Monroe, WI 53566

Money Recovery Nationwide
PO Box 13129
Lansing, MI 48901

National Credit Adjusters
PO Box 3023
327 W. 4th St.
Hutchinson, KS 67504

National Credit Soluti
Po Box 15779
Oklahoma City, OK 73155

National Credit Solutions LLC
PO Box 15779
Oklahoma City, OK 73155

National Ser
18820 Aurora Avenu
Shoreline, WA 98133

Nco Fin /99
Po Box 15636
Wilmington, DE 19850

NCO Financial Systems Inc.
507 Prudential Rd.
Horsham, PA 19044

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Professional Account Management
PO Box 2549
Detroit, MI 48231

Quest Diagnostics
PO BOX 740020
Cincinnati, OH 45274

Rjm Acq Llc
575 Underhill Blvd Ste 2
Syosset, NY 11791

RJM Acquisitions LLC
575 Underhill Blvd. Ste. 224
Syosset, NY 11791

Rwds660-dsb
211 N. Main St.
Blunt, SD 57522

Schisler Law
701 E. Vermont St. Ste. 100
Bay City, MI 48706

Sheryl S. Zampias
PO Box 2286
Southfield, MI 48037

Southfield Radiology Assoc.
PO Box 32532
Detroit, MI 48232

Spiwin Coll
2502 Biddle
Wyandotte, MI 48192

St. John Providence Health System
47601 Grand River Ave.
Novi, MI 48374

St. John Providence Hospital
Box #773156
3156 Solutions Center
Chicago, IL 60677

St. John Providence Physician Billing
PO Box 120153
Grand Rapids, MI 49528

St. Joseph Mercy Health System
PO Box 382095
Pittsburgh, PA 15250

Stamps.com
PO Box 202928
Dallas, TX 75320

State Of Mi Office Chi
Po Box 30478
Lansing, MI 48909

Stephanie Carrington Pettway
Elizabeth Smith
PO Box 2036
Warren, MI 48090

Trg Account Services
592 N Mill St
Plymouth, MI 48170

Universal Credit Servi
3582 Avon St
Hartland, MI 48353

US Attorney for EDMI
Attn: Civil Division
211 W. Fort Street, Suite 2000
Detroit, MI 48226

Wayne County Friend of the Court
645 Griswold
Detroit, MI 48226